UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. _____

FILED BY_____ЧВ___D.C.

DEC 02 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

WHOLESALE DIRECT MORTGAGES, INC., Plaintiff

vs.

US Housing & Urban Dev Department FHA Reverse Mortgage Division and NOVAD MANAGEMENT CONSULTING. Defendant/s),

COMPLAINT

Wholesale Direct Mortgages, Inc, plaintiff, in the above styled cause, sue defendant(s): US Housing & Urban Dev Department Reverse Mortgage Division and NOVAD MANAGEMENT CONSULTING.

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): FRAUD APPRAISAL which caused an over inflated value to fund a $600,000.00 mortgage by US Housing & Urban Dev Department Reverse Mortgage Division aka FHA Reverse Mortgage Division.

This Case is Respectfully Submitted on 12/2/2022, by Wholesale Direct Mortgages, Inc. 401 Las Olas Blvd, Department 1400, Fort Lauderdale, FL 33301. 954-464-7714.

# Claim 1

On January 26th 2010 in the middle of the worst Recession in America's history caused completely by APPRAISAL AND MORTGAGE FRAUD, this over inflated APPRAISAL FRAUD caused this MORTGAGE to be funded.

The above Loan number 94181 FHA case # 093-6756223-951 for $600,000.00 based on a FRAUD APPRAISAL which had ZERO VALID COMPARAIBLES.

All the SOLD COMPARABLES listed on the Appraisal did not comply with the Florida Administrative Code 61J1-10.004.

Urban Financial Group of 9175 South Yale Avenue, Suite 300, Tulsa, OK 74137 paid with CASH a Florida Appraisal service to use FAUDULANT COMPARIBLES to boost the value to ONE MILLION DOLLARS, Reverse Mortgages allow a borrower who age was 66 a MAX of 60% Loan To Value which means the FRAUD Sold Comparable Properties were all sold at or above One Million Dollars with this this tiny Square Footage, this FRAUD CAUSED the Recession.

Thirty teen years later and this property has doubled in value since this FRAUD APPRAISAL and this property will not appraise for even half of that FRAUD APPRAISAL that allowed FHA to Fund this Fraud Mortgage.

To be very clear Urban Financial Group of 9175 South Yale Avenue, Suite 300, Tulsa, OK 74137, received a Mortgage Broker Commission total of 5 points to Pass this Fraud Appraisal through FHA.

Urban Financial Group received 5 points which equal $30,000.00 to push this FRAUD MORTGAGE through FHA.

The Dodd-Frank Act pasted July 21, 2010, clearly states all FRAUD APPRAISALS are a FELONY.

Urban Financial Group closed their business rather than be charged with FELONY's for this FRAUD MORTGAGE that had FHA fund this loan amount of $600,000.00.

# Claim 2

FHA and their Mortgage Servicing partner has failed to comply with Florida Mortgage Servicing laws and Dodd-Frank Act.

This Mortgage Loan number 94181 FHA case # 093-6756223-951 defaulted 6 years ago after the borrowers moved out of 3430 Lakeview Dr, Sebring, FL 33870 after heavy water damage & Flooding from the Hurricane Irma, a Category 4 storm the morning of Sept. 10, 2017.

The Failure of FHA and their Mortgage Servicing partner to follow the Mortgage Servicing of the Florida laws and Dodd-Frank Act has caused this once nice home to sit vacant has allowed homeless vagrants to move into this home claiming to be the daughter or grand daughter of the current surviving owner Elizabeth Gannt who lives in another state than Florida.

The current owner never met or spoke to any of these homeless vagrants, who all claim to be family members.

On November 29th 2022 an out of state woman stood in the driveway and told 4 Sebring Police Offices that her mother or grandmother Elizabeth Gannt was Deeding her this house and that is why she moved into this house.

Why after a 6-year since this Reverse MORTGAGE DEFAULTED has FHA not even filed for Mortgage Default or Foreclosure, because that will EXPOSE THE FRAUD APPRAISAL and heads will roll at FHA.

Florida Mortgage Servicing laws and Dodd-Frank Act are very clear, the failure to comply provide stiff fines.

FHA funded this Mortgage far above even todays value (more than three times) and must clear this Mortgage off their books for the sake of nearby home owners, the city of Sebring and all Tax Payers nationwide.

The Property Management Company has allowed this homeless woman to move into the property and claim to be the daughter or granddaughter of Elizabeth Gannt many calls were made to report this CRIME to 863-458-2144 or 866-952-6514 with ZERO response.

# Motion for Order Approving Settlement Agreement

Wholesale Direct Mortgages, Inc. as a Financially interested party and lien hold on this property, the verbal proposal made by US Housing & Urban Dev Department, FHA Reverse Mortgage Division to Wholesale Direct Mortgages, Inc. as to allow a jointly acceptable Licensed Florida Appraiser to appraise this property in today's condition aka AS IS CONDITION, known as 3430 Lakeview Dr, Sebring, FL 33870. FHA will sell/assign the Mortgage or transfer Clear Title to Wholesale Direct Mortgages, Inc. this property for today's valid appraised value.

To also allow the Property Management company & the Sebring Police to remove the illegal homeless vagrant squatters from the property change all the locks and re-post the NO TRESSPASSING SIGNS to all windows.

If FHA does not Comply with their own offer to settle within 30 days than Provide the Appraisal that allowed this over- valued funding to be reviewed by Federal Judge, Jury & Florida Real Estate Appraisal Board along with the Florida State Attorney.

As most are aware a well-known Mortgage Servicer Ocwen Financial Corporation is a residential mortgage loan servicer and receives a ONE MILLION DOLLAR fine from the State of Florida for miss servicing each residential mortgage.

If FHA and their Mortgage servicer on this Mortgage fail to comply with their own Settlement offer, we will assure you receive the same fines as Ocwen Financial Corporation.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service] on 12/2/2022 on all counsel or parties of record on the Service List below.

*GaryBowen*

Signature of Filer

SERVICE LIST

Defendant/s

US Housing & Urban Dev Department

FHA Reverse Mortgage Division

909 Brickell Plaza #500,

Miami, FL 33131

(305) 536-4456

NOVAD MANAGEMENT CONSULTING

1201 Hays Street,

Tallahassee, FL 32301

Tel: 301.429.5961

Fax: 301.429.5962